# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1446

_____

Dawn R. Rolph,                                      *
                                                    *
        Appellant,                             *
                                                    *
                                                    *    Appeal from the United States
    v.                                          *    District Court for the District
                                                    *    of Minnesota.
Kenneth S. Apfel, Commissioner of the               *
Social Security Administration,                     *         [UNPUBLISHED]
                                                    *
        Appellee.                              *

_____

Submitted:  October 22, 1999
Filed: October 28, 1999

_____

Before McMILLIAN, LAY, and FAGG, Circuit Judges.

_____

PER CURIAM.

Dawn R. Rolph appeals the district court's grant of summary judgment affirming the Commissioner's decision to deny Rolph disability insurance and supplemental security income benefits.  For reversal, Rolph contends the record supports a finding that there are no other jobs in the national and regional economy that Rolph could perform and the administrative law judge improperly discredited Rolph's limitations and subjective complaints of pain.  Having reviewed the administrative record and the parties' briefs, we conclude that Rolph's arguments lack merit.  We find substantial evidence on the record as a whole supports the decision of the Commissioner that

Rolph is not disabled for social security purposes. Because the controlling legal principles are well established and an extended discussion would serve no useful purpose in this fact-intensive case, we affirm for the reasons stated in the district court's order. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.